# UNITED STATES DISTRICT COURT
for the
District of Vermont

| | | |
|---|---|---|
| Keren Sita<br>*Plaintiff(s)*<br>v.<br>Champlain Housing Trust<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 2:26-cv-193 |

## JUDGMENT IN A CIVIL ACTION

☐ **Jury Verdict.**

☑ **Decision by Court.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's Order (Document 8) filed September 29, 2026, plaintiff failed to re-file her application to proceed in forma pauperis, this action is DISMISSED. Also, plaintiff is ENJOINED from filing any new actions in this court without obtaining leave from the court.

Previously, pursuant to the court's Entry Order denying plaintiff's IFP without prejudice (Document 6). Plaintiff was granted thirty days to respond to the Order to Show Cause and to refile for IFP (Document 5 and 6). Plaintiff responded to the Order to Show Cause on August 31, 2026 (Document 7). Plaintiff has not refiled for IFP.

Date: September 30, 2026

*JEFFREY S. EATON*
*CLERK OF COURT*

JUDGMENT ENTERED ON DOCKET
DATE ENTERED: 9/30/2026

/s/ Kristin Pratico
*Signature of Clerk or Deputy Clerk*